IN THE SUPREME COURT OF TEXAS

 No. 04-0627

 IN RE DISCOUNT RENTAL, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for stay, filed July 14, 2004, is
granted. All trial court proceedings in Cause No. 2003-996-3, styled
William M. Carter and Barbara A. Carter v. Discount Rental, Inc. v. Deputy
Adrian Wernet, McLennan County Constable Travis Bailey, Precinct One in the
74th District Court of McLennan County, Texas, are stayed pending further
order of this Court.

 2. The real parties in interest are requested to respond to
relator's petition for writ of mandamus on or before 3:00 p.m., July 22,
2004.

 Done at the City of Austin, this July 14, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk